UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SERGIO M. HERNANDEZ-FLORES aka MIGUEL GUERRERO FLORES,<br><br>Defendant. | NO: 13-CR-160 –RMP<br><br>ORDER DISMISSING INDICTMENT WITH PREJUDICE |

Defendant SERGIO M. HERNANDEZ-FLORES aka MIGUEL GUERRERO FLORES was sentenced in Case No. CR-13-148-RMP-2 on August 5, 2014. At the conclusion of sentencing, the Government orally moved for dismissal of the Indictment in Case No. CR-13-160-RMP-1. The Court granted the oral motion.

This Order is intended to memorialize the Court's oral ruling granting the Government's motion to dismiss the indictment with prejudice pursuant to Rule 48(a).

Accordingly, **IT IS HEREBY ORDERED** that the Government's oral motion to dismiss the indictment is **GRANTED**. The Indictment entered in this case on October 22, 2013, is **DISMISSED WITH PREJUDICE.**

ORDER DISMISSING INDICTMENT WITH PREJUDICE ~ 1

The District Court Clerk is directed to enter this Order, to provide copies to counsel, and to **close this case**.

**DATED** this 6th day of August 2014.

                                        *s/ Rosanna Malouf Peterson*
                                        ROSANNA MALOUF PETERSON
                                       Chief United States District Court Judge